**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21687-CIV-SMITH**

FRANCISCO JAVIER ARBELAEZ ALDANA,

       Plaintiff,

v.

Pam Bondi, *et al.*,

       Defendants.

_____/

**ORDER**

This matter is before the Court on the Parties' Joint Stipulation of Dismissal without Prejudice [DE 9]. Upon consideration, it is hereby

**ORDERED**

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of June, 2026.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record